# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

ADAM T. ARENA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2347

_____

January 9, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Julie L. Sercus, Judge.

PER CURIAM.

Affirmed.

VILLANTI, BLACK, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.